IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED HULAC, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>FEDERAL EXPRESS CORPORATION,<br><br>    Defendant.<br>_____/ | No. C 08-01557 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO TRANSFER** |

    This matter is currently set for hearing on July 11, 2008 on Defendant's motion to transfer. The Court HEREBY ORDERS that an opposition brief shall be due on June 13, 2008 and a reply brief, if any, shall be due on June 20, 2008.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: May 28, 2008

                                                      JEFFREY S. WHITE<br>
                                                    UNITED STATES DISTRICT JUDGE