# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-04449-DOC(ANx) | Date | March 21, 2013 |
|---|---|---|---|
| Title | FRED HULAC, ET AL. -V- FEDERAL EXPRESS CORPORATION | | |

| Present: The Honorable | David O. Carter, U.S. District Court Judge | | |
|---|---|---|---|
| Julie Barrera | Not Present | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** IN CHAMBERS - ORDER TO SHOW RE: FAILURE TO NOTIFY COURT OF THE NINTH CIRCUIT'S DECISION OF THE CLAUSNITZER CASE

On February 18, 2008, this Court issued a minute order directing counsel to notify this Court within seven (7) days of the Ninth Circuit reaching a decision in the *Clausnitzer* appeal. Upon review it has been determined that the Ninth Circuit decision was decided on November 20, 2009. As of this today, the Court has not received counsel notification.

Accordingly, the Court, on its own motion, hereby orders plaintiff(s) and defendant(s) to show cause in writing no later than **March 29, 2013**, why counsel should not be held in contempt for failing to provide this Court with notification of ruling.

As an alternative to a written response by plaintiff(s) and defendant(s), the Court will accept the following, if it is filed on or before the above date:

- **Notice of Settlement**

- **Stipulation for Dismissal**

No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of the response to the Order to Show Cause on or before the date upon which a response is due.

|  | : | 00 |
|---|---|---|
| | Initials of Preparer | jcb |